UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ANDREW PATTON,                         )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )        No.:   3:19-CV-441-TAV-HBG
                                        )
ANDERSON COUNTY, TN and                )
SOUTHERN HEALTH PARTNERS,              )
                                        )
            Defendants.                 )

## JUDGMENT ORDER

For the reasons expressed in the memorandum opinion filed herewith, Defendants'

motions for summary judgment [Docs. 60 and 62] are **GRANTED**, and Plaintiff

has otherwise failed to prosecute this action under Rule 41(b) of the Federal Rules of

Civil Procedure.   Therefore, this pro se prisoner's complaint is **DISMISSED WITH**

**PREJUDICE**.

Because the Court **CERTIFIED** in the memorandum opinion that any appeal taken

from this decision would not be taken in good faith, should Plaintiff file a notice of appeal,

he is **DENIED** leave to appeal *in forma pauperis*.   *See* 28 U.S.C. § 1915(a)(3); Fed. R.

App. P. 24.   The Clerk is **DIRECTED** to **CLOSE** this case.

      **ENTER:**


                          s/ Thomas A. Varlan
                          UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
      s/ John L. Medearis
      CLERK OF COURT